STATE of Missouri, Respondent,

v.

Sylvester HUGGINS, Appellant.

No. 50716.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 29, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 27, 1986.

Application to Transfer Denied
Oct. 14, 1986.

Henry Robertson, St. Louis, Mo., for appellant.

William L. Webster, Atty. Gen., Lee A. Bonine, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

**PER CURIAM.**

Defendant appeals from his convictions on one count of first degree assault, a class A felony, § 565.050, RSMo Cum.Supp.1984, for which he was sentenced to thirty years imprisonment, and two counts of first degree assault, a class B felony, § 565.050, RSMo Cum.Supp.1984, for which he was sentenced to two terms of twenty years imprisonment, all of the sentences to run concurrently. We find no error, and a written opinion would serve no precedential value. Accordingly, the judgment is affirmed pursuant to Rule 30.25(b).